CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 2 2 2011
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| KATRINA T. GRUNDY, | ) |
| | ) Civil Action No. 5:10CV00053 |
| Plaintiff, | ) |
| | ) |
| v. | ) FINAL ORDER |
| | ) |
| MICHAEL J. ASTRUE, | ) By: Samuel G. Wilson |
| Commissioner of Social Security, | ) United States District Court |
| | ) |
| Defendant. | ) |

This case is before the court on the objection of defendant, Michael J. Astrue, to the Magistrate Judge's report setting forth his proposed findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The court has reviewed pertinent portions of the administrative record, the Magistrate Judge's report, defendant's objections to that report, and the court concludes that the Magistrate Judge's report is correct and accordingly adopts that report.

Accordingly, it is **ORDERED** and **ADJUDGED** that the motion's for summary judgment of both parties are **DENIED,** and the Commissioner's decision is **VACATED** and **REMANDED** pursuant to Sentence Six of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendation. This case is **ORDERED** stricken from the docket of the court.

ENTER: This August 22nd, 2011.

_____
UNITED STATES DISTRICT JUDGE